■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAI GUANG ZHENG, Appellant. [892 NYS2d 781]—

The Supreme Court properly denied, without a hearing, that branch of the defendant's motion which was pursuant to CPL 440.30 (1-a) for DNA testing since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had DNA tests been performed (*see* CPL 440.30 [1-a]; *People v Weay,* 54 AD3d 695 [2008]; *People v Brown,* 36 AD3d 961 [2007]; *People v Shenouda,* 307 AD2d 938 [2003]; *People v Pugh,* 288 AD2d 634 [2001]; *People v De Oliveira,* 223 AD2d 766 [1996]). Rivera, J.P., Leventhal, Belen and Austin, JJ., concur. **[Prior Case History: 2007 NY Slip Op 33009(U).]**